NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHIRLEY AYALA-ROSADO,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-352
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____  )

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Manatee County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender,
and John C. Fisher, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.